MANI SUBRAMANIAN [Pro Se]
c/o Robert Oca
P.O. Box 12231
San Francisco, CA 94112
(206) 984-4644
(206) 984-4644 [fax]

Plaintiff *Pro Se*

WILLIAM D. CONNELL, State Bar No. 89124
SALLIE KIM, State Bar No. 142781
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA 94043
(650) 428-3900
(650) 428-3901 [fax]

Attorneys for Defendants QAD Inc. and William D. Connell

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MANI SUBRAMANIAN,<br><br>          Plaintiff,<br><br>     vs.<br><br>QAD INC., et al.<br><br>          Defendants. | **Case No. C-06-03050-VRW     [ECF]**<br><br>Civil L-R 7-12<br><br>STIPULATION AND [PROPOSED] ORDER<br><br>TO CONTINUE THE CASE MANAGEMENT CONFERENCE CURRENTLY SCHEDULED FOR MARCH 6, 2007 TO APRIL 24, 2007<br><br>Courtroom:  6  [17th floor]<br>Judge:       Hon. Vaughn R. Walker |

Stipulation and [Proposed] Order
- 1 -

## STIPULATION

The parties to the above-captioned action jointly submit this Stipulation and Proposed Order and request the Court to grant the relief sought herein.

**1.  ACTION REQUESTED**

For all the good reasons set out below, the parties request the Court to continue the initial Case Management Conference from the presently scheduled date of March 6, 2007, to April 24, 2007, or as soon thereafter as the Court deems appropriate.

**2.  REASONS SUPPORTING THE REQUEST**

On February 21, 2007, the Court entered an order regarding Defendants' Motions to Dismiss/Strike, see Docket-#75 ("Order").  The Order dismissed the Second and Third Causes of Action in the First Amended Complaint, without leave to amend, so that only remaining cause of action is the First Cause of Action, and the only remaining defendant is QAD Inc.

Defendant QAD Inc. now has until March 5, 2007 to file an answer.

After the filing of such an answer, the parties propose to meet and confer under FRCP rule 26(f) not later than March 16, 2007.

The parties are currently scheduled to participate in an ADR telephone conference on March 1, 2007, see Docket-#74.

Under FRCP rule 26(a), the initial disclosure of the parties are thus due by March 30, 2007. It is further contemplated that a joint discovery plan or individual discovery plans can be finalized by that date.

In addition, the parties would need at least two weeks to review the initial disclosures made by March 30, 2007 and to further meet and confer regarding the proposed discovery plans.  This brings the date for the earliest practical date for a case management conference to the week of April

16, 2007.  Because Plaintiff is unavailable during the week of April 16, 2007, the parties thus propose that the Case Management Conference be scheduled for April 24, 2007, which date, the parties understand, is available on the Court's calendar.

Accordingly, the parties respectfully request the court to enter the proposed order attached to this stipulation and continue the Case Management Conference as requested.

Dated: February 27, 2007  WILLIAM D. CONNELL
SALLIE KIM
GCA LAW PARTNERS LLP

By:  /s/  *William D. Connell*

 /s/  *Sallie Kim*

Attorneys for Defendants QAD Inc. and William D. Connell

Dated:  February 27, 2007  MANI SUBRAMANIAN [PRO SE]

 /s/  *Mani Subramanian*

**Next Page:**  **Proposed Order**

1     **[Proposed] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

3     The Case Management Statement currently scheduled for March 6, 2007 at 9:00 AM shall
4     be continued to April 24, 2007 at 9:00 AM.

6     PURSUANT TO STIPULATION, IT IS SO ORDERED.

10    Dated: _____ Feb. 28 \_\_\_, 2007



         _____
         UNITED STATES DISTRICT JUDGE

[Proposed] Order                           - 1 -