| | |
|---|---|
| 1 | MANI SUBRAMANIAN [Pro Se] |
|   | c/o Robert Oca |
| 2 | P.O. Box 12231, San Francisco, CA 94112 |
|   | (206) 984-4644 |
| 3 | (206) 984-4644 [fax] |
| 4 | Plaintiff *Pro Se* |

WILLIAM D. CONNELL, Cal. State Bar No. 89124
SALLIE KIM, Cal. State Bar No. 142781
KIMBERLY A. DONOVAN, State Bar No. 160729
GCA LAW PARTNERS LLP
1891 Landings Drive, Mountain View, CA 94043
(650) 428-3900
(650) 428-3901 [fax]

Attorneys for Defendants QAD Inc. and
William D. Connell

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| MANI SUBRAMANIAN, | Case No. C-06-03050-VRW    [ECF] |
|---|---|
| Plaintiff, | Civil L-R 7-12 and 16-2(d) |
| vs. | ADR L-R 2-3 and 7-2 |
| QAD INC., et al. | **STIPULATION AND [PROPOSED] ORDER** |
| Defendants. | 1. FOR A SETTLEMENT CONFERENCE TO TAKE PLACE BEFORE A MAGISTRATE JUDGE; |
| | 2. FOR A STAY OF PROCEEDINGS PENDING THE CONDUCT AND RESOLUTION OF THE SETTLEMENT CONFERENCE; and |
| | 3. FOR VACATION/CONTINUANCE OF THE APRIL 24, 2007 CASE MANAGEMENT CONFERENCE PENDING FURTHER ORDER |
| | Court room: 6 [17th floor] |
| | Judge: Hon. Vaughn R. Walker |

Stipulation and [Proposed] Order — 1 — C-06-03050 VRW

1 **STIPULATION**

2 The parties to the above-captioned action jointly submit this Stipulation and Proposed
3 Order and request the Court to grant the relief sought herein.

4 **1. ACTION REQUESTED**

5 For all the good reasons set out below, the parties request the Court to:

6 (a) order this matter to immediately proceed to a settlement conference before a magistrate
7 judge at the earliest time that can be accommodated by the ADR section and to the extent
8 possible subject to the convenience of the parties; and

9 (b) order a stay of the proceedings pending the outcome of the ADR settlement conference to
10 take place pursuant to the order sought in (a) above; and

11 (c) to vacate/continue the Initial Case Management Conference currently scheduled for April
12 24, 2007 and all deadlines and tasks associated therewith pending further order of the Court.

13 **2. REASONS SUPPORTING THE REQUEST**

14 **Background**

15 On February 28, 2007, the Court approved a stipulation continuing the Initial Case
16 Management Conference to April 24, 2007, Doc #77, which provided time for QAD to file its
17 answer, and for the parties to meet and confer under FRCP rule 26(f) by March 16, 2007. QAD
18 filed its answer on March 5, 2007, Doc #80. The parties have engaged in meet and confer efforts
19 with respect to the matters discussed in FRCP Rules 16 and 26 by telephone and via e-mail.

20 **ADR telephone conference held**

21 On March 1, 2007, the parties conferred with the ADR staff regarding their preferences
22 for an ADR process, *see* unnumbered Docket entry between entry #77 and #78. The parties now
23 agree that a settlement conference before a magistrate judge to take place as soon as possible
24 would be appropriate. Plaintiff is also amenable to mediation before a senior member of the
25 court's permanent staff, such as the ADR program director, but Defendant is not amenable to the
26 same. The ADR program that all of the parties concur on is a settlement conference before a

magistrate judge (not assigned to this matter), and accordingly the parties stipulate to and request such a settlement conference.

**ADR Local Rules 2-3 and 7-2** permit the Court to order this matter to proceed to a settlement conference upon stipulation of the parties.

**A stay pending the outcome of the ADR process is appropriate**

The new standing order regarding case management conferences, in paragraph.20 encourages a "just, speedy and inexpensive disposition of the matter". Given the complexity of the disputes between the parties, a stay for the purposes of allowing the proposed settlement conference to proceed first would promote these objectives. In addition, the settlement conference would enable the parties to focus their differing views on the various issues at large so that if the matter is not settled the parties would be in a better position to come up with a more realistic pre-trial plan. Accordingly, the parties also request the Court to order an immediate stay of these proceedings pending the outcome of the settlement conference.

**Vacating the CMC scheduled for April 24, 2007**

To effect the foregoing, the parties request the Court to vacate and/or continue the Case Management Conference currently scheduled for April 24, 2007, and all deadlines associated with the same, pending the completion of the settlement conference and further Order of the Court

Dated: April 12, 2007
WILLIAM D. CONNELL
SALLIE KIM, Cal. State Bar No. 142781
KIMBERLY A. DONOVAN, State Bar No. 160729
GCA LAW PARTNERS LLP

By:  /s/ *William D. Connell*

Attorneys for Defendants QAD Inc. and
William D. Connell

Dated: April 12, 2007
MANI SUBRAMANIAN [PRO SE]

      /s/ *Mani Subramanian*

**Next Page:**          **Proposed Order**

Stipulation and [Proposed] Order      – 3 –      C-06-03050 VRW

1   **[Proposed] ORDER**

3   A Settlement Conference shall take place before a Magistrate Judge of this Court at
4   the earliest time available through the ADR section, and to the extent possible, taking into
5   account the convenience of the parties.

6   This matter is stayed for all purposes other than the conduct of the Settlement
7   Conference ordered above, pending the outcome of such Settlement Conference.  The parties
8   shall file a joint report with the Court within 14 days of completion of the Settlement
9   Conference.

10  The Case Management Conference currently scheduled for April 24, 2007, shall be
11  vacated and continued pending further order of the Court.

14  PURSUANT TO STIPULATION, IT IS SO ORDERED.

17  Dated: _____April 13_____, 2007



_____
UNITED STATES DISTRICT JUDGE