1  MANI SUBRAMANIAN [Pro Se]
   c/o Robert Oca, Esq.
2  P.O. Box 12231
   San Francisco, Calif.  94112
3  (206) 984-4644
   (206) 984-4644 [fax]
4
   Plaintiff *Pro Se*
5
   WILLIAM D. CONNELL, Cal. State Bar No. 89124
6  SALLIE KIM, Cal. State Bar No. 142781
   KIMBERLY A. DONOVAN, State Bar No. 160729
7  GCA LAW PARTNERS LLP
   1891 Landings Drive
8  Mountain View, CA  94043
   (650) 428-3900
9  (650) 428-3901 [fax]

10 Attorneys for Defendants QAD Inc. and
   William D. Connell
11

12                UNITED STATES DISTRICT COURT

13              FOR THE NORTHERN DISTRICT OF CALIFORNIA

14 | MANI SUBRAMANIAN, as an individual
   | and as a derivative action plaintiff,
15 |                                            Case No. C-06-03050-VRW    [ECF]
   |        Plaintiff,
16 |
   |   vs.                                       STIPULATION AND [PROPOSED]
17 |                                              ORDER CONTINUING DATE OF
   | QAD INC., a Delaware corporation with        SETTLEMENT CONFERENCE
18 | principal place of business in California, et
   | al.
19 |
   |        Defendants.
20

21

22      WHEREAS, this matter has been referred to Magistrate Judge Edward M. Chen for

23 settlement purposes; and

24      WHEREAS, pursuant to this referral, Magistrate Judge Chen, on April 18, 2007, entered an

25 Order that, among other things, set the date of the Settlement Conference for July 6, 2007;  and,

26      WHEREAS, counsel for Defendants has a conflict on that date which prevents him from

27 attending; and,

28

Stipulation and [Proposed] Order Continuing            - 1 -
Settlement Conference Date

1  WHEREAS, by reason of the foregoing, the Parties have agreed that the date for the
2 Settlement Conference should be continued until July 27, 2007, which the Parties understand to be
3 available on the Magistrate Judge's calendar;
4  NOW THEREFORE, the Parties stipulate that, upon Order of the Magistrate Judge, the
5 Settlement Conference in this matter shall be continued to July 27, 2007, at a time and location to
6 be set by the Court and the Settlement Conference statements shall be lodged with the Magistrate
7 Judge's chambers by July 13, 2007, or such other date as the Magistrate Judge may order.
8  IT IS SO STIPULATED.

9 Dated: April 19, 2007                WILLIAM D. CONNELL
                                       SALLIE KIM
10                                     KIMBERLY A. DONOVAN
                                       GCA LAW PARTNERS LLP
11
                                       By:  /s/ William D. Connell
12
                                       Attorneys for Defendants QAD Inc. and
13                                     William D. Connell

14 Dated: April 19, 2007                MANI SUBRAMANIAN [PRO SE]

15                                          /s/ Mani Subramanian

16

17

18                                    **ORDER**

19  The Settlement Conference set by Order of April 18, 2007 [Docket #91], is continued to
20 ~~July 27, 2007,~~ **July 26, 2007** at  9:30  a.m., Courtroom  C  15th Floor, Federal Building, 450 Golden Gate
21 Avenue, San Francisco, California 94102.  Settlement Conference statements shall be lodged with
22 Judge Chen's chambers by     July 12    , 2007.  Except as so modified, all provisions of the
23 April 18, 2007 Settlement Conference Order remain in effect.
24  IT IS SO ORDERED.
25 Dated:  April 20, 2007

26

27                                     _____
                                       UNITED STATES DISTRICT JUDGE
28

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650)428-3900

Stipulation and [Proposed] Order Continuing
Settlement Conference Date                - 2 -