UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANI SUBRAMANIAN,<br><br>        Plaintiff,<br><br>        v.<br><br>QAD, INC., *et al.*,<br><br>        Defendants.<br>_____/ | No. C-06-3050 VRW (EMC)<br><br>**ORDER RE PLAINTIFF'S APPLICATION TO COMPEL**<br><br>**(Docket No. 98)** |

    Plaintiff Mani Subramanian filed an "Application to Compel Defendants QAD and Connell to Provide Minimal Pre-Settlement Discovery," Docket No. 98, on June 20, 2007, to be heard by Magistrate Judge Edward M. Chen.

    If Plaintiff Subramanian is dissatisfied with the state or lack of discovery prior to the July 26, 2007 Settlement Conference scheduled before Judge Chen, Plaintiff Subramanian must seek appropriate relief (including relief from the stay currently in effect) before the presiding judge in this case, Chief Judge Walker.

    This Court has jurisdiction in this case with respect to settlement purposes only.

    IT IS SO ORDERED.

Dated: June 28, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge