UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANI SUBRAMANIAN, | No. C-06-3050 VRW (EMC) |
| Plaintiff, | |
| v. | **ORDER RE SETTLEMENT CONFERENCE AND PLAINTIFF'S MOTION TO COMPEL** |
| QAD, INC., *et al.*, | |
| Defendants._____/ | |

The Settlement Conference set for July 26, 2007, at 9:30 a.m. before Magistrate Judge Edward M. Chen has been continued to **August 20, 2007, at 10:00 a.m.**

♦ **Settlement Conference statements shall be lodged with Judge Chen's chambers by August 6, 2007.  If this case is designated as an electronic filing ("e-filing") case, statements must be lodged by hard copy only and should not be electronically filed.**

All other provisions of this Court's original Notice of Settlement Conference and Settlement Conference Order shall remain in effect.

///
///
///
///
///
///

Additionally, Chief Judge Walker has referred Plaintiff Mani Subramanian's "Application to Compel Defendants QAD and Connell to Provide Minimal Pre-Settlement Discovery," Docket No. 98, to the undersigned.  Defendant shall file its opposition by 4:00 p.m., July 10, 2007.  No reply shall be filed by Plaintiff.  As the matter will be taken under submission, no hearing date shall be scheduled for Plaintiff's motion.

IT IS SO ORDERED.

Dated: July 5, 2007

EDWARD M. CHEN
United States Magistrate Judge

2