UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANI SUBRAMANIAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>QAD, INC., *et al*,<br><br>　　　　Defendants.<br>_____/ | No. C-06-3050 VRW (EMC)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S REQUEST FOR CLARIFICATION**<br><br>**(Docket No. 108)** |

　　　　Plaintiff Mani Subramanian seeks clarification of this Court's order of July 13, 2007. *See* Docket No. 107. Having reviewed the parties' briefs and accompanying submissions, the Court hereby **GRANTS** in part and **DENIES** in part the request for clarification.

A.　　Attendance of Insurance Carriers at Settlement Conference

　　　　Defendants are correct that the Court's previous order contained a typographical error. QAD's insurance carriers are not required to attend the settlement conference unless and until Mr. Subramanian can demonstrate, upon review of the insurance policies, that there is a reasonable possibility of coverage and hence involvement of a carrier. Mr. Connell's insurance carriers are not required to attend the settlement conference because he is no longer a party to the case.

B.　　Identification of QAD's Insurance Carrier and Production of QAD's Insurance Policies

　　　　The Court orders that the insurance information be provided by August 1, 2007.

///

///

C.      <u>Scope of Settlement Conference</u>

The presiding judge has jurisdiction over this case only and not any state litigation. In addition, the presiding judge has made rulings in this case that leave only a claim for copyright infringement against QAD. The settlement conference therefore shall address primarily the copyright infringement claim against QAD. The parties must address in good faith resolution of this claim. However, the parties are not barred from discussing proposals for a global settlement which takes the state litigation into account.

D.      <u>Scope of Protective Order</u>

The insurance information provided by QAD to Mr. Subramanian shall be subject to a protective order. As the Court previously stated, Mr. Subramanian shall not disclose the information provided by QAD to anyone other than a party in this litigation and shall not disclose the information in any public forum of any kind (except, of course, court proceedings in this case).

This order disposes of Docket No. 108.

IT IS SO ORDERED.

Dated:  July 26, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge

2