MANI SUBRAMANIAN
c/o Robert Oca
P.O. Box 12231, San Francisco, CA 94112
(206) 984-4644
(206) 984-4644 [fax]

Plaintiff


WILLIAM D. CONNELL, Cal. State Bar No. 89124
SALLIE KIM, Cal. State Bar No. 142781
KIMBERLY A. DONOVAN, State Bar No. 160729
GCA LAW PARTNERS LLP
1891 Landings Drive, Mountain View, CA 94043
(650) 428-3900
(650) 428-3901 [fax]

Attorneys for Defendants QAD Inc. and
William D. Connell

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MANI SUBRAMANIAN,<br><br>    Plaintiff,<br><br>    vs.<br><br>QAD INC., et al.<br><br>    Defendants. | **Case No. C-06-03050-VRW    [ECF]**<br><br>Civil L-R 16-2(d)<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>TO CONTINUE THE CMC TO NOVEMBER 15, 2007<br><br>AND<br><br>continue the deadline for filing CMC Statements to November 8, 2007<br><br><br>Court room:  6  [17th floor]<br>Judge:    Hon. Vaughn R. Walker |

Stipulation and [Proposed] Order          - 1 -

## STIPULATION

The parties to the above-captioned action jointly submit this Stipulation and Proposed Order and request the Court to continue the case management conference "CMC" to November 15, 2007 at 3:30 pm and reset the deadline for filing CMC statements to November 8, 2007.

**Details of relief requested**

A CMC is currently scheduled in this matter for October 11, 2007 at 3:30 pm.

Plaintiff, because of sudden death in the family, needs to travel and remain overseas for several weeks and will be unable to prepare for or attend the CMC as per the current scheduling date. The Court has confirmed that November 15, 2007 is available for scheduling any continued CMC and the parties have agreed to such a date. The parties accordingly respectfully request a rescheduling of the date to file CMC statements in this matter to November 8, 2007. A proposed order is appended to this stipulation.

Dated: October 02, 2007

WILLIAM D. CONNELL
SALLIE KIM, Cal. State Bar No. 142781
KIMBERLY A. DONOVAN, State Bar No. 160729
GCA LAW PARTNERS LLP

By:  /s/  William D. Connell

Attorneys for Defendants QAD Inc. and
William D. Connell

Dated:  October 02, 2007

MANI SUBRAMANIAN [PRO SE]

        /s/  Mani Subramanian

**Next Page:**          **Proposed Order**

Stipulation and [Proposed] Order                    - 2 -

1   **~~Proposed~~ ORDER**

3   The Case Management Conference currently scheduled for October 11, 2007, shall be
4   vacated and continued to November 15, 2007 at 3:30 pm. The parties shall file their case
5   management statements by November 08, 2007.

8   PURSUANT TO STIPULATION, IT IS SO ORDERED.

11  Dated: _____Oct. 9_____, 2007



_____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Vaughn R Walker

[Proposed] Order

- 1 -