IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MANI SUBRAMANIAN,                           No   C  06-3050  VRW

    Plaintiff,                              ORDER

  V

QAD INC, WILLIAM D CONNELL, AND
DOES 1-50

    Defendants.

_____/

        On April 14, 2008, defendant QAD Inc ("QAD") sent a letter to the court seeking leave to file motions for orders to compel plaintiff Mani Sumbramanian to respond to various discovery requests.

        Subramanian is ORDERED to respond to QAD's request by a letter to the court of no more than two pages on or before April 18, 2008.  If Subramanian fails to respond on or before April 18, 2008, then the briefing schedule proposed by QAD shall go into effect: QAD's motion papers shall be filed and served on or before April 23, 2008; Subramanian's opposition papers shall be filed and served on or before May 7, 2008 and QAD's reply papers, if any,

shall be filed and served on or before May 14, 2008.  The matter will then be deemed submitted.

In the event Subramanian responds as directed herein, the parties shall proceed as the court further orders.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge