IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MANI SUBRAMANIAN,                         No   C   06-3050   VRW

    Plaintiff,                       ORDER

  V

QAD INC, WILLIAM D CONNELL, AND
DOES 1-50

    Defendants.

_____/

    On April 14, 2008, defendant QAD Inc ("QAD") sent a letter to the court seeking leave to file motions for orders to compel plaintiff Mani Sumbramanian to respond to various discovery requests.  Doc #143.  The court ordered Subramanian to respond to QAD's request, which he did through two letters to the court on April 18, 2008. Doc ##144, 145.

    Subramanian denies QAD's allegations of discovery misconduct and requests leave to file his own motion to compel QAD to respond to interrogatories.  QAD's and Subramanian's requests for leave to file discovery motions are GRANTED.  Subramanian is warned, however, that the court will entertain only arguments

pertaining to the interrogatories he served on February 20, 2008.

The court agrees with Subramanian that his and QAD's discovery motions should be heard at the same time.  Accordingly, motion papers shall be filed and served on or before May 1, 2008; opposition papers shall be filed and served on or before May 15, 2008 and reply papers, if any, shall be filed and served on or before May 22, 2008.  The matter will then be deemed submitted.

On April 21, 2008, Subramanian filed a notice of motion for summary judgment, proposing a hearing date of June 19, 2008. Doc #146.  Because the discovery at issue in the motions to be filed by May 1 may be relevant to summary judgment proceedings, all further proceedings in this case are STAYED until the discovery motions are resolved.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge