United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MANI SUBRAMANIAN,                          No   C  06-3050  VRW

          Plaintiff,                             ORDER

     V

QAD INC, WILLIAM D CONNELL, AND
DOES 1-50

          Defendants.

_____/

          On April 29, 2008, plaintiff Mani Subramanian sent a
letter to the court, Doc #148, requesting a change in the briefing
schedule for various discovery motions set by the court on April
21, 2008.  Doc #147.  Defendant QAD Inc ("QAD") has not responded
to Subramanian's letter, but QAD and Subramanian have filed motion
papers in accordance with the original briefing schedule.

          Because Subramanian admits that the issues raised by his
April 29 letter could be addressed in his opposition to QAD's

**United States District Court**
For the Northern District of California

1  motion, the court finds modification of the briefing schedule

2  unnecessary.   Accordingly, Subramanian's request is DENIED.

3

4        IT IS SO ORDERED.

5

6  _____

7        VAUGHN R WALKER
        United States District Chief Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28