MANI SUBRAMANIAN
c/o Robert Oca
P.O. Box 12231
San Francisco, CA 94112
(206) 222-2431
(206) 222-2431 [fax]

Plaintiff

WILLIAM D. CONNELL, Cal. State Bar No. 89124
SALLIE KIM, Cal. State Bar No. 142781
KIMBERLY A. DONOVAN, State Bar No. 160729
GCA LAW PARTNERS LLP
1891 Landings Drive, Mountain View, CA 94043
(650) 428-3900
(650) 428-3901 [fax]

Attorneys for Defendant QAD Inc.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MANI SUBRAMANIAN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>QAD INC., et al.<br><br>　　　　Defendants. | **Case No. C-06-03050-VRW    [ECF]**<br><br>Civil L-R 7-12<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE SET FORTH IN THE COURT'S ORDER OF APRIL 21, 2008 [Dkt. # 147]**<br><br>Court room: 6 [17th floor]<br>Judge: Hon. Vaughn R. Walker |

Stipulation and [Proposed] Order

- 1 -

## STIPULATION

On April 21, 2008, the Court entered an Order ("Order") relating to the filing and briefing schedule for discovery motions to be brought by each party with respect to the other. [Docket No. 147]

The Order provided, inter alia, that motion papers for each motion were to be filed on or before May 1, 2008; opposition papers were to be filed on or before May 15, 2008; and, reply papers, if any, were to be filed on or before May 22, 2008.

Plaintiff Mani Subramanian filed various papers relating to Plaintiff's Discovery Motion on May 1 and 2, 2008, which are listed at Docket Nos. 151 through 156, inclusive.

On May 12, 2008, plaintiff Mani Subramanian filed additional papers relating to Plaintiff's Discovery Motion, including a revised Motion and Memorandum [Docket No. 158], a Declaration of Mani Subramanian [Docket No. 159], and various Exhibits [Docket Nos. 161 through 163]. In addition, plaintiff filed a Notice/Declaration explaining the status of his filings. [Docket No. 160]

Plaintiff has described his reasons for the delayed filings in his Notice/Declaration [Docket Nos. 154 and 160]. Defendant QAD Inc. raised various objections to plaintiff's May 12 filings and indicated an intent to file an administrative motion seeking to have those filings stricken if plaintiff did not agree to withdraw them voluntarily.

The parties to the above-captioned action, having now met and conferred in an effort to resolve the above-referenced matters without the need for Court intervention, jointly submit this Stipulation and Proposed Order and request the Court to grant the relief sought herein.

**1. ACTION REQUESTED**

Based upon the foregoing, the parties request the Court to order as follows:

(a) The papers filed today by plaintiff Mani Subramanian with respect to Plaintiff's Discovery Motion – to wit, Docket Nos. 158, 159, 161, 162, and 163 -- as well as Docket Nos. 155 and 156, filed on May 2, 2008, may be considered by the Court as if filed on May 1, 2008, in accordance with the Court's Order;

Stipulation and [Proposed] Order — 2 —

1. (b) The Court's April 21, 2008 Order is amended to provide that Defendant QAD Inc. may file its opposition papers to Plaintiff's Discovery Motion at or before 12:00 noon PDT on May 20, 2008; and,

2. (c) All other dates, deadlines, and provisions of the Court's April 21, 2008 Order shall remain unchanged.

Dated: May 12, 2008

WILLIAM D. CONNELL
SALLIE KIM, Cal. State Bar No. 142781
KIMBERLY A. DONOVAN, State Bar No. 160729
GCA LAW PARTNERS LLP

By: /s/ *William D. Connell*

Attorneys for Defendants QAD Inc. and William D. Connell

Dated: May 12, 2008

MANI SUBRAMANIAN [PRO SE]

/s/ *Mani Subramanian*

**Next Page:      Proposed Order**

Stipulation and [Proposed] Order

- 3 -

# [Proposed] ORDER

Based upon consideration of the foregoing stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED:

(a) The papers filed on May 12, 2008, by plaintiff Mani Subramanian with respect to Plaintiff's Discovery Motion – to wit, Docket Nos. 158, 159, 161, 162, and 163 -- as well as Docket Nos. 155 and 156, filed on May 2, 2008, may be considered by the Court as if filed on May 1, 2008, in accordance with the Court's Order;

(b) The Court's April 21, 2008 Order is amended to provide that Defendant QAD Inc. may file its opposition papers to Plaintiff's Discovery Motion at or before 12:00 noon PDT on May 20, 2008; and,

(c) All other dates, deadlines, and provisions of the Court's April 21, 2008 Order shall remain unchanged.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 13, 2008

GRANTED
Judge Vaughn R Walker

_____
UNITED STATES DISTRICT JUDGE

[Proposed] Order

- 1 -