IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MANI SUBRAMANIAN,                           No   C 06-3050 VRW

    Plaintiff,                           ORDER

    v

QAD INC, WILLIAM D CONNELL and
DOES 1-50,

    Defendants.
                                   /

        On November 20, 2008, the court issued an order in the above-captioned matter ordering plaintiff Mani Subramanian ("Subramanian") to pay $16,640 in attorneys' fees to defendant QAD ("QAD") by December 18, 2008. Doc #193. If Subramanian failed to comply with the order to pay QAD, he was ordered to show cause in writing no later than December 24, 4008 why he should not be held in contempt. Id at 4.

        Subramanian did not pay QAD, nor did he show cause in writing by December 24, 2008 why he should not be held in contempt. Instead, Subramanian filed a "request for clarification from and preliminary response to Judge Walker in the matter of $16,640" on

January 1, 2009. Doc #216. To the extent this submission is intended to show cause why Subramanian should not be held in contempt, its tardiness is inexcusable. If Subramanian operated under the impression that he could wait until the outcome of his pending Ninth Circuit appeal to comply with the court's order, see Doc #216 at 2, he did so without regard to the court's explanation that the pending appeal "does not affect the court's authority immediately to award attorneys' fees." Doc #193 at 2. Subramanian also objects to the fee award in his request, Doc #216; however, these objections should have been raised before the court issued its November 20 order and are therefore untimely.

      Accordingly, the court finds Subramanian in contempt of its November 20, 2008 order (Doc #193). Subramanian is ORDERED to pay $16,640 in attorneys' fees to QAD immediately along with $5,000 as a contempt penalty for a total of $21,640. Additionally, Subramanian is ordered to pay an additional $5,000 if he is still in contempt on February 15, 2009.

      IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge