FILED

MAY 14 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MANI SUBRAMANIAN, an individual and as a derivative action plaintiff,<br><br>    Plaintiff - Appellant,<br><br> v.<br><br>QAD, INC., a Delaware corporation with principal place of business in California; et al.,<br><br>    Defendants - Appellees. | No. 09-15598<br><br>D.C. No. 3:06-cv-03050-VRW<br>Northern District of California,<br>San Francisco<br><br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

Appellant's motion for leave to file an oversized opening brief is denied. Within 21 days after the date of this order, appellant may file an opening brief that complies with the length limitations in Federal Rule of Appellate Procedure 32(a)(7)(B)(i).

The answering brief is due within 30 days after service of the opening brief. The optional reply brief is due within 14 days after service of the answering brief.

Appellees' request for dismissal of this appeal is denied.

amt/Pro Mo commish 26Apr 2010